### J. P. Harris v. The State.

No. 4457. Decided May 2, 1917.

**Swindling—Statement of Facts—Bills of Exception.**

In the absence of a statement of facts or bill of exceptions, the overruling of a motion for a continuance can not be reviewed.

Appeal from the County Court at Law No. 2 of Harris. Tried below before the Hon. Murray B. Jones.

Appeal from a conviction of swindling; penalty, a fine of twenty-five dollars.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, *John H. Crooker,* and *E. T. Branch,* for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of swindling and his punishment assessed at thirty days in jail in addition to a fine of $25.

The record is before us without a statement of facts or bill of exceptions. There is nothing in the motion for a new trial that can be considered in the absence of evidence. There is a motion for a continuance in the record, but a bill of exceptions was not reserved to the court's refusal to grant it. Therefore, it can not be considered.

The judgment is affirmed.

*Affirmed.*